# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00011-CR

**Vernard Jay Brown, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. D-1-DC-15-904067, HONORABLE DAVID CRAIN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant filed his notice of appeal on December 16, 2015, and the record was completed on April 29, 2016, making appellant's brief due May 30. That deadline was extended on appellant's motions to August 22. Appellant's counsel has now filed a third motion for extension of time, asking to have the deadline extended to October 10. We grant the motion, but caution counsel that no further extensions will be granted and that failure to file the brief by that date will result in the referral of the cause to the trial court for a hearing pursuant to rule 38.8(b). *See* Tex. R. App. P. 38.8(b).

It is ordered August 26, 2016.

Before Justices Puryear, Pemberton, and Field

Do Not Publish